**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**STERIS plc,**<br><br>　　　　　　Defendant. | C.A. No. 1:19-cv-00433-CFC<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND PROPOSED ORDER TO
EXTEND TIME TO ANSWER THE COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Virtual Immersion Technologies LLC, subject to the approval of the Court, that Defendant STERIS plc's time to answer, move or otherwise respond to the Complaint in this action shall be extended to and including May 15, 2019. The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been set.

Dated: March 25, 2019　　　　　　　　　DEVLIN LAW FIRM LLC

　　　　　　　　　　　　　　　　　　　　By: */s/ Timothy Devlin*
　　　　　　　　　　　　　　　　　　　　Timothy Devlin (No. 4241)
　　　　　　　　　　　　　　　　　　　　tdevlin@devlinlawfirm.com
　　　　　　　　　　　　　　　　　　　　Patrick R. Delaney (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　pdelaney@devlinlawfirm.com
　　　　　　　　　　　　　　　　　　　　1306 N. Broom Street, 1st Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19806
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 449-9010

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Virtual Immersion
　　　　　　　　　　　　　　　　　　　　Technologies LLC*

　　　　SO ORDERED this ____ day of March, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Colm F. Connolly
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge